Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _New York_

_____ Division

| | | |
|---|---|---|
| _ROBERT FORBES_ | ) | Case No. 21-CV-6465 EAW |
| | ) | _(to be filled in by the Clerk's Office)_ |
| **Plaintiff(s)** | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial: _(check one)_  ☑ Yes  ☐ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| _"See Attached"_ | ) | |
| | ) | |
| **Defendant(s)** | ) | |
| _(Write the full name of each defendant who is being sued.  If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.  Do not include addresses here.)_ | ) | |

UNITED STATES DISTRICT COURT
FILED
JUN 3 0 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           *Robert Forbes*
Address        *130 S. Plymouth  Ave*
               *Rochester        NY        14614*
                              *City*              *State*        *Zip Code*
County         *MONROE*
Telephone Number
E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                          *City of Rochester*
Job or Title *(if known)*
Address
                              *Rochester        NY        14614*
                                         *City*              *State*        *Zip Code*
County                        *MONROE*
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity        ☑ Official capacity

Defendant No. 2
Name                          *See Attached*
Job or Title *(if known)*
Address

                              *City*              *State*        *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity        ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                              *See Attached*
    Job or Title *(if known)*
    Address
                                      City            State        Zip Code
    County
    Telephone Number
    E-Mail Address *(if known)*

    ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                              *See Attached*
    Job or Title *(if known)*
    Address
                                      City            State        Zip Code
    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Complaint alleges violations of 42 U.S.C § 1983 for the deprivation of plaintiffs rights to be free from excessive force from physical Assault, False arrest, illegal seizure, abuse of process, intentional infliction of emotional distress and unintentional, "See Attached."

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached"

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

West Ridge Road, Rochester, New York

B.     What date and approximate time did the events giving rise to your claim(s) occur?

April 1st 2020, About 7:50 p.m.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

plaintiff Sustained physical And mental Injuries,

"See Attached"

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

"See Attached"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _June 18 2021_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Robert Forbes Jr._

SABRA W HICKAM
Notary Public, State of New York
No. 01H6295885
Qualified in Monroe County
Commission Expires January 18, 2022

Sabra W Hickam
June 24 2021

## B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____

United States District Court
Western District of New York

Robert Forbes Jr.
            Plaintiff,

                                Case no. _____

                v.
"See Attached"
            Defendants,

Please Take Notice

1. Plaintiff Robert Forbes Brings The Attached
Paper As Part of Plaintiff's Complaint.

2. Parties to this Complaint, Defendants:
(Page 1 of 6) And (Page 2, 3 of 6)
    1. CITY OF ROCHESTER
    2. ROCHESTER POLICE DEPARTMENT
    3. Rochester General Hospital
    4. Rochester General's "Dr. MURRAY (DEBRA MURRAY)
    5. LUCAS BURRITT
    6. KYLE EISENHAUER

①

7. ERIC MCGRAW

8. COLON BLIND

9. AARON EYRICH

10. Kevin FLANAGAN

11. SAMUEL GIANCURSIO

12. PATRICK GIANCURSIO

13. MATT BALCH (MATTHEW)

14. THOMAS VANACKER

15. WILLIAM WAGNER

16. THOMAS LISLE

17. RICHARD RODRIGUEZ

18. ANGEL PAGAN

19. SHANE DISANTO

20. Kyle MORABITO

21. ADAM BRADSTREET

22. And County of Monroe

3. All Defendants named in This Complaint Are Being Sued Both Individually and in his or her official Capacity.

4. Basis for Jurisdiction, 28 USC §§ 1331, 1343 (a)(1)(2)(3) BS (4), 220. (page 3 of 6)
    1. Plaintiff brings this action to recover damages for violation of his civil rights

under the fourteenth Amendment to the
United States Constitution, codified at 42
U.S.C. §1983, And Amendments Eight, Five,
And Four;

2. Declaratory, Injunctive and Equitable relief
is Sought pursuant to 28 U.S.C. §§2201
And 2202.

3. Compensatory and Punitive Damages Sought
pursuant to 42 U.S.C. §1983

4. Violations of Rights Pursuant to 42
USCA §1981, §1983, §1985, §1986, gross negligence
negligence, negligence in hiring and retaining
incompetent and unfit police officers and
investigators, negligence in performance of Duties.

5. Plaintiff also makes claims against various
individuals for providing false verbal and
written Statements and other torts committed
against plaintiff.

5. Defendants Liable, (page 4 of 6)

   1. Defendants City of Rochester is a municipality
   that is a political Subdivision of the County of
   Monroe and State of New York and for all
   relevant times herein, was the employer of
   All mentioned Defendants. and is and was

③

At all times relevant to this Complaint responsible for the policies, practices and customs of Defendants.

2. In addition to the facts alleged in the following paragraphs, the aforementioned defendants are all sued in their individual and official capacities and all acted within the scope of their employment and under color of State law, to wit, under color of Statues, ordinances regulations policies, customs and usages of the State of New York and/or City,

6. STATEMENT OF FACTS. (III, page 4 of 6) "C"

1. On Or About April 1st 2020, WAS The Driver of A 2018 Kia Sportage. Plaintiff Was Driving On Clinton Ave. In Rochester NY, Monroe County.
2. Plaintiff Had Committed no traffic infractions.
3. Plaintiff Had Just Left Family Dollar Store front on North Clinton Ave.
4. A Significant line of Police Cars Began to follow the Defendant As Soon As Plaintiff entered the Street.
5. Plaintiff Proceeded to Drive Down Clinton Avenue At The City Speed Limits.
6. After Driving numerous Blocks and 10 minutes Later, plaintiff Stopped At Clinton And Norton Street For A Red Light.

7. Plaintiff Noticed A long line of police Cars Behind Him.

8. As the light turned green Plaintiff proceeded Down Clinton Again, but was pulled Over After A Police Car Activated His Emergency lights.

9. Plaintiff pulled over but after Police Cars, aggressively tried to box my Car In, Plaintiff feared for His life So He pulled off And A chose Pursued.

10. At no time leading up to his Stop Did Plaintiff commit any vehicle and traffic Infractions.

11. At no time leading up to his Stop did plaintiff commit any unlawful offenses or Commit any crimes.

12. At no time leading up to his Stop did plaintiff commit or was in violation of any equipment offenses.

13. After A brief chose and Pursue Plaintiff was Run into and crashed on west Ridge Road.

14. Forbes was Knocked unconsequence and Remained not moving in His vehicle.

15. At the time Defendants RPD acting

in their official Capacity as Police
officers of Rochester City Police Surrounded
forbes At Gun Point.

16. Officer Angel Pagan acting under color
of their authority as Police officers,
Told other officers to "back up","stay back"
"he's out".

17. Matt Balch released his dog in my truck
to bite me, then after the Second time
releaseing the dog on me, I woke up
and showed my hands to Surrender.
Balch pulled my right arm through the
vehicle and passed my arm to Another
officer.

18. forbes was yelling "my leg, my leg" and
"I aint got nothing".

19. officer Colon Bling, and Richard Rodriguez
acting under color grabbed, both of my
arms and began trying to pull me out
of the vehicle, all while punching on
plaintiff and yelling he Stuck, Rodriguez
placed a handcuff on forbes while he
was still Stuck hanging out of vehicle.

20. All Defendants named in Complaint were
involved in the assault and Intentional
Infliction of psychological and physical pain.

21. Forbes never Resisted arrest or initiated the assault on officers.

22. Aaron Eyrich acting under color of His Authority Released His K9 onto the back of Forbes Right leg and calf while Forbes was being assaulted and tortured. Forbes was handcuffed and after being slammed on the ground officer Eyrich told the officers to watch out so he can get through, then the dog Started to bite me handcuffed. The dog was biting me for A few minutes.

23. Forbes was yelling "I Can't Breath" but not putting up a fight.

24. At no point did Forbes Resist, or have any weapons.

25. Forbes was let to sit on Street for a long period of time after being bitten by dogs and bleeding out profusely.

26. After Arriving At ~~Strong~~ Rochester General Hospital Forbes was Denied Pain Meds and proper medical treatment By Doctor Debra Murray.

⑰

27. First thing Forbes Said to Dr. Murray Is "I need some meds", I stated my leg, bicep on left arm, back of Right calf, my lower back and face hurt. She stated I can't have pain meds and she the only Doctor on the floor. She can only give me tylenol. She was Being Rude And Didn't Wanna Touch me, Because RPD was telling her not to give me Strong Medicine so they can interrogate me afterwords. She stated I Shouldn't be going to jail or I would of got treated better.

28. I was taken to jail in a wheelchair and bandage on my leg, Afterwards.

7. STATEMENT OF INJURIES (IV, page 5 of 6)

1. Plaintiff Asserts Defendants used excessive force, overly tight hand cuffs, Defamation / Libel, Fraud and Misrepresentation, Illegal Search and Seizure, False Imprisonment, malicious Prosecution Wrongful Detainment, Intentional Infliction of emotional Distress, Unintentional infliction of emotional Distress, entry and detainer, Retaliation, Abuse of Process, Conspiracy, Intentional

8

negligent and Malfeasance Supervisory
Liability, Municipality Liability, Equitable claims.

2. At all times the Rochester City Police
Defendants was acting under Color of law
when they violated Plaintiffs Constitutional
and Civil Rights granted to them by
the provisions of the laws of the laws
of New York, and the United States.

3. Plaintiff Suffered and is Continuing
to Suffer Mental Anguish and Severe
Emotional Distress.

4. Additionally Plaintiff Suffered loss of
earnings and loss of viable steady employment.

5. I Suffered Severe Damage to my right
leg and calf Due to the Dog bite.
Plaintiff was in a wheelchair for A
Month after and Still Suffers from
pain and nerve Damage in my leg.

6. Plaintiffs leg is still messed up and
needs plastic Surgery Due to Dog bite.

7. my lower back, left bicep, and face
was and still is in pain and needs
physical therapy and medical attention.

8. In addition to the physical injury I suffered extreme and extensive mental pain, not only was I humiliated I was anxious and terrified that defendants were going to find me again and beat me or kill me. I felt hopeless and become depressed and to this day I suffer from nightmares about the attack.

9. Afterwards fearing that RPD were going to beat or kill me I sank into a deep depression and contemplated suicide. My mental pain is actionable.

10. I started to seek mental health therapy and treatment while at Monroe County Jail.

11. I suffered severe and ~~permanent~~ permanent bodily injuries.

8. Relief (V page 5 of 6)

1. Cause of Actions

   A. 42 USC §1983 - Police Brutality
   B. False imprisonment
   C. Monell claim
   D. New York Constitution Art. I, II
   E. Assault and Battery
   F. False Arrest and imprisonment
   G. Negligence
   H. Negligent Hiring
   I. Punitive Damages
   J. Intentional Infliction of emotional Distress
   K. Prima Facie Tort
   L. Malicious Prosecution

9. Relief And Judgment.

1. $5,000,000 Compensatory damages in form of general and Special damages against all Defendants, jointly and severely in favor of Plaintiff.

2. $5,000,000 Exemplary damages in favor of Plaintiff

3. $5,000,000 Punitive damages against all Defendants individually in favor of Plaintiff

4. Declaratory judgment

5. Reasonable cost of this suit incurred herein.

6. An Award of reasonable attorney's fees pursuant to 42 USC §1988.

7. $5,000,000. Award for damages and judgment against all defendants named in complaint for physical Injuries and recovery,

8. Such other and further Relief as this court may deem just and proper.


UNDER PENALTY OF PERJURY, PURSUANT TO 28 USC §1746, I SWEAR All HEREIN IS TRUE.

DATED; JUNE 24 2021

Respectfully Signed

X_____

Robert Forbes Jr.
PRO SE

130. S. Plymouth Ave
Rochester, NY 14614

SABRA W HICKAM
Notary Public, State of New York
No. 01HI6295885
Qualified in Monroe County
Commission Expires January 13, 20 22

Saba W Hicke
June 24 2021

12

Revised 05/01 WDNY

# AFFIDAVIT OF SERVICE

**(If you _are_ having your signature notarized, use this form)**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_ROBERT FORBES JR._

Plaintiff(s),

AFFIDAVIT OF SERVICE

v.

_City of Rochester, et al,_

_____-CV-_____

Defendant(s).

STATE OF NEW YORK ___)
COUNTY OF _MONROE_ ) ss.:

I, *(print your name)* _ROBERT A. FORBES JR._ served a copy of the attached papers *(state the name of your papers)* _Motion to Proceed in Forma Pauperis Complaint, attached papers to Complaint, civil cover sheet_

upon all other parties in this case
by mailing [_____] by hand-delivering [_____] *(check the method you used)*
these documents to the following persons *(list the names and addresses of the people you served)*
_United States District Court Clerk_
_U.S. Courthouse_
_100 State Street_
_Rochester, NY 14614-1387_

on *(date service was made)* _June 24th 2021_

_____
*(your signature)*

Sworn to before me this _24_
day of _June_ , _2021_

_Sabra W Hickam_
Notary Public

SABRA W HICKAM
Notary Public, State of New York
No. 01HI6295885
Qualified in Monroe County
Commission Expires January 13, 2022